UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| J.Y.C.C., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:15 CV 1704 RWS |
| | ) | |
| DOE RUN RESOURCES, CORP., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiffs in this matter allege that they have been injured by exposure to toxic substances, specifically lead, released from metallurgical mining operations in La Oroya, Peru at a smelter facility owned and controlled by Defendants. On January 7, 2016, the parties filed a joint proposed scheduling plan setting out case deadlines and requirements. Plaintiffs proposed that a uniform "Plaintiff Profile Sheet" would be completed by each plaintiff, signed under oath, and notarized. On February 24, 2016, I issued the initial case management order that adopted Plaintiffs' proposal and required each plaintiff to complete a profile sheet and produce it to Defendants by March 25, 2016.

As hundreds of more plaintiffs' claims against Defendants were consolidated with this case I issued additional case management orders requiring Plaintiffs to provide Defendants with signed and notarized profile sheets by specific deadlines.

Since 2016 I have granted multiple extensions of time to Plaintiffs to produce signed and notarized profile sheets.  On June 23, 2020, I issued a case management order stating that if an individual plaintiff failed to produce a timely signed and notarized profile sheet then Defendants could file a motion for a show cause order why the plaintiff's case should not be dismissed with prejudice.  On November 6, 2020, Defendants filed a motion for a show cause order directed to Plaintiffs on why the plaintiffs in Trial Groups A-I should not be dismissed with prejudice for failing to provide completed profile sheets by the deadlines set out in previous case orders.

On December 17, 2020, after a status conference, I issued an order denying Defendants' motion for a show cause order and granted Plaintiffs yet another extension of time to produce complete profile sheets.  The order directed Plaintiffs to produce all outstanding profile sheets in Trial Groups A-J by February 15, 2021 and all outstanding profile sheets in Trial Group K by March 1, 2021.  At the status conference I warned Plaintiffs that these would be "drop dead" dates and that Plaintiffs' past delays at producing profile sheets would normally be unacceptable but in light of the challenges imposed by the COVID pandemic I would permit one more extension of time.

On January 19, 2021, after a status conference held on that date, I issued an

order granting Plaintiffs yet another extension of time to produce any outstanding profile sheets no later than March 1, 2021.  At the conference I told Plaintiffs' counsel the production of the profile sheets had to be completed.  On April 29, 2022, more than a year after my March 1, 2021 order, Defendants filed a motion to dismiss with prejudice the cases of plaintiffs who had failed to produce signed and notarized profile sheets.  This motion was made after six years of litigation over this production and multiple extensions of time to allow Plaintiffs to obtain compliant profile sheets.  Defendants noted that of the approximately 2,200 plaintiffs, 256 plaintiffs have not signed a completed profile sheet and 1,257 plaintiffs have not had their profile sheets notarized.  Defendants sought dismissal based on these plaintiffs' failure to prosecute their cases and for failing to comply with my multiple orders to produce profile sheets by given deadlines.  Defendants asserted that they have been prejudiced by Plaintiffs' failure to produce complete profile sheets.  They assert that profile sheets which are not notarized renders them to be incomplete and procedurally invalid.  Defendants argue that not having valid profile sheets prevents them from assessing the individual plaintiffs' cases and hampers their ability to make their 14 trial case selections.

On June 22, 2022, Plaintiffs filed an opposition to Defendants' motion asserting that the delay in producing completed profile sheets was based, in part,

on the difficulty of obtaining information from the plaintiffs in the remote and
impoverished area that is the La Oroya region as well as the number of records and
the documentation involved in this litigation.  In addition, Plaintiffs stated that
there was only one notary that served the entire La Oroya region and beginning in
May 2016 that notary was in ill health and only provided notary services one day a
week.  The notary passed away in November 2018 and was not replaced until the
end of 2019.  The closest notary service during that period was located in the town
of Tarma an hour and a half away.  In 2020, because of the global COVID
pandemic, no notarization services were undertaken in Tarma or La Oroya.  In
2021, the notary's office reopened in La Oroya by the prior notary's son.
Plaintiffs asserted that the failure to produce signed and notarized profile sheets
does not merit a dismissal with prejudice of individual plaintiffs' cases.  Plaintiffs
also asserted that Defendants' motion to dismiss should be denied because
Defendants were required to file a motion for a show cause order if they wanted to
challenge plaintiffs' failure to comply with my orders setting the deadlines for
profile sheet production.  Plaintiffs requested that a new schedule should be set to
allow the production of notarized profile sheets on a rolling basis.

On July 8, 2022, Defendants filed a reply brief in support of their motion to
dismiss.  Defendants argued that Plaintiffs' reasons for not producing timely

notarized profile sheets are not valid.  Defendants asserted that 900 unnotarized profile sheets were produced by Plaintiffs between 2013 and 2017 long before the death of the sole notary in La Oroya.  Defendants noted that they could not find any notarized profile sheets that were notarized in Tarma between November 2018 through 2019 when Plaintiffs asserted they had to go to Tarma because there was not a notary in La Oroya.  Defendants also noted that they have not received any profile sheets that were notarized in La Oroya from the beginning of 2021 through July 8, 2022, the date of their reply brief.  Defendants pointed out that Plaintiffs acknowledge that a notary was available in La Oroya during that time.

On July 19, 2022, a status conference was held in this matter and the parties addressed Defendants' motion to dismiss.  Defendants acknowledged that since the filing of their motion Plaintiff produced 241 signature pages for plaintiffs' profile sheets missing signatures.  That left only 22 plaintiffs who failed to produce a signed profile sheet.  There were still 1,257 plaintiffs who failed to provide notarized fact sheets.  Defendants moved to have all of these cases dismissed with prejudice for failing to comply with the many orders imposing deadlines to produce these completed profile sheets.  Plaintiffs countered that they should be permitted to produce the completed profile sheets on a rolling basis at the rate of 100 profiles a month.  That proposal ignored the fact that this production was long

overdue, that Plaintiffs had received numerous extensions to produce over the past six years, and that based on Plaintiffs' proposal, the production would not be completed for another year.

I denied Defendants' motion to dismiss plaintiffs' cases in which a completed profile sheet had not been produced.  Plaintiffs' argument that Defendants' motion to dismiss was not proper because Defendants needed to file a motion for a show cause order first is unavailing.  Plaintiffs have been on notice for years that the completed profile sheets must be produced and they have failed to comply with numerous deadlines set out in my orders.  However, I gave Plaintiffs one last opportunity to produce complete profile sheets.  I ordered that any Initial Trial Pool Plaintiffs who had not produced signed and notarized profile sheets had to produce them no later than July 22, 2023.  I ordered that the 22 plaintiffs whose profile sheets were missing signatures had to be produced no later than August 19, 2022.  I ordered that the 1,257 plaintiffs who produced unnotarized profile sheets had to have notarizations produced no later October 31, 2022.  I directed the parties to file joint memorandums on the outcome of these productions.  I stated that, absent a cataclysmic event, these deadlines were solid.

On July 29, 2022, the parties filed a joint memorandum regarding the production of the Initial Trial Pool Plaintiffs' production of signed and notarized

fact sheets.  Defendants moved to dismiss the following 12 Initial Trial Pool

Plaintiffs' cases for failing to produce the signed notarized profile sheet by July 22,

2022:

<u>List A</u>

|    | Initials | PLF ID No. | Federal Case No. |
|----|----------|-----------|------------------|
| 1  | CCAL     | 230       | 4:16-cv-00059-JAR |
| 2  | HAO      | 672       | 4:16-cv-01154-JAR |
| 3  | GNAA     | 14        | 4:15-cv-01704-RWS |
| 4  | CECC     | 961       | 4:17-cv-00787-HEA |
| 5  | SACC     | 962       | 4:17-cv-00787-HEA |
| 6  | EACGP    | 976       | 4:17-cv-00787-HEA |
| 7  | JRHC     | 1006      | 4:17-cv-00790-CAS |
| 8  | AJVHA    | 1011      | 4:17-cv-00790-CAS |
| 9  | ARLC     | 865       | 4:16-cv-01726-RLW |
| 10 | GAPE     | 1067      | 4:17-cv-00797-CDP |
| 11 | GFRC     | 827       | 4:16-cv-01678-JMB |
| 12 | JMSV     | 1096      | 4:17-cv-00797-CDP |

On August 9, 2022, Plaintiffs produced signed and notarized profile sheets

for three plaintiffs on this list: CCAL, HAO, and GFRC.  I will allow these three

plaintiffs' cases to remain active, despite their production being 18 days late.

Plaintiffs agree to dismiss the cases of EACGP, AJVHA, and JMSV.  In addition,

the cases of GNAA, CECC, SACC, JRHC, AJVHA, GAPE, and JMSV are already

being dismissed in a separate order entered this day for failing to appear at the

plaintiff verification process this past May and June.  As a result, only two

plaintiffs' cases on this list remain subject to dismissal, EACGP (agreed to by

Plaintiffs) and ARLC (opposed by Plaintiffs).

On August 26, the parties filed a joint memorandum regarding the production by the 22 plaintiffs who were missing signed profile sheets reporting that only 6 of the plaintiffs produced the required document by August 19, 2022. Defendants moved to dismiss the following 16 plaintiffs' cases for failing to produce a signed profile sheet:

### List B

| | Initials | PLF ID No. | Federal Case No. |
|---|---|---|---|
| 1 | AIBAP | 217 | 4:16-cv-00059-JAR |
| 2 | ALBC | 650 | 4:16-cv-01154-JAR |
| 3 | JBHH | 628 | 4:16-cv-01154-JAR |
| 4 | VDHH | 619 | 4:16-cv-01154-JAR |
| 5 | MRMD | 192 | 4:16-cv-00059-JAR |
| 6 | JNOC | 198 | 4:16-cv-00059-JAR |
| 7 | JJOE | 196 | 4:16-cv-00059-JAR |
| 8 | RDPA | 1617 | 4:17-cv-01935-RWS |
| 9 | ASRC | 636 | 4:16-cv-01154-JAR |
| 10 | SRE | 178 | 4:16-cv-00059-JAR |
| 11 | ZKVM | 1358 | 4:17-cv-01948-SNLJ |
| 12 | FSZQ | 234 | 4:16-cv-00059-JAR |
| 13 | TRZQ | 170 | 4:16-cv-00059-JAR |
| 14 | GPAE | 1436 | 4:17-cv-01933-HEA |
| 15 | CECV | 1711 | 4:17-cv-01963-JAR |
| 16 | SMGE | 1404 | 4:17-cv-01957-RWS |

Plaintiffs stated that five of these plaintiffs, AIBAP, ALBC, FSZQ, TRZQ, and CECV have informed Plaintiffs' counsel that they wish to withdraw their case and these cases should be dismissed with prejudice.  Plaintiffs asserted that the remaining 11 plaintiffs' cases should not be dismissed.

On November 14, 2022, the parties filed a memorandum regarding the 1,257

8

plaintiffs who had failed to produce notarized profile sheets.  As of the October 31,

2022 deadline for production, 532 plaintiffs failed to produce them.  Defendants

moved to have the following 532 cases dismissed with prejudice:

### List C

| No. | Initials | Trial Group | Plaintiff ID No. | Federal Case No. |
|-----|----------|-------------|------------------|------------------|
| 1. | GNAA | A | 14 | 4:15-cv-01704-RWS |
| 2. | RFCY | A | 31 | 4:15-cv-01704-RWS |
| 3. | JAQA | A | 71 | 4:15-cv-01704-RWS |
| 4. | LARA | A | 78 | 4:15-cv-01704-RWS |
| 5. | JEVP | A | 87 | 4:15-cv-01704-RWS |
| 6. | JNVP | A | 88 | 4:15-cv-01704-RWS |
| 7. | LRVP | A | 89 | 4:15-cv-01704-RWS |
| 8. | JABF | B | 130 | 4:16-cv-00060-RLW |
| 9. | YKMY | A | 169 | 4:16-cv-00059-JAR |
| 10. | TRZQ | A | 170 | 4:16-cv-00059-JAR |
| 11. | RCV | A | 176 | 4:16-cv-00059-JAR |
| 12. | SRE | A | 178 | 4:16-cv-00059-JAR |
| 13. | MAV | A | 184 | 4:16-cv-00059-JAR |
| 14. | MRMD | A | 192 | 4:16-cv-00059-JAR |
| 15. | JNOC | A | 198 | 4:16-cv-00059-JAR |
| 16. | LLC | A | 202 | 4:16-cv-00059-JAR |
| 17. | AKGM | A | 211 | 4:16-cv-00059-JAR |
| 18. | AIBAP | A | 217 | 4:16-cv-00059-JAR |
| 19. | GJV | a | 232 | 4:16-cv-00059-JAR |
| 20. | FSZQ | A | 234 | 4:16-cv-00059-JAR |
| 21. | JCVS | A | 238 | 4:16-cv-00059-JAR |
| 22. | TTP | B | 310 | 4:16-cv-00061-JAR |
| 23. | AAEAT | B | 338 | 4:16-cv-00634-JAR |
| 24. | SKPJ | B | 361 | 4:16-cv-00634-JAR |
| 25. | HKAV | B | 382 | 4:16-cv-00634-JAR |
| 26. | KCPA | C | 434 | 4:16-cv-00749-AGF |
| 27. | EDR | C | 495 | 4:16-cv-00822-AGF |
| 28. | JFHM | C | 509 | 4:16-cv-00822-AGF |
| 29. | LGAG | C | 531 | 4:16-cv-00822-AGF |
| 30. | JMF | C | 541 | 4:16-cv-00822-AGF |

| 31. | GVO | C | 551 | 4:16-cv-00829-RLW |
|-----|------|---|-----|-------------------|
| 32. | PJLP | C | 611 | 4:16-cv-00829-RLW |
| 33. | VDHH | D | 619 | 4:16-cv-01154-JAR |
| 34. | MRVP | D | 621 | 4:16-cv-01154-JAR |
| 35. | EBVP | D | 622 | 4:16-cv-01154-JAR |
| 36. | GCYC | D | 624 | 4:16-cv-01154-JAR |
| 37. | KTPM | D | 626 | 4:16-cv-01154-JAR |
| 38. | JBHH | D | 628 | 4:16-cv-01154-JAR |
| 39. | MACS | D | 632 | 4:16-cv-01154-JAR |
| 40. | LJOH | D | 635 | 4:16-cv-01154-JAR |
| 41. | ERAP | D | 637 | 4:16-cv-01154-JAR |
| 42. | FPSP | D | 638 | 4:16-cv-01154-JAR |
| 43. | EDVV | D | 640 | 4:16-cv-01154-JAR |
| 44. | ADOH | D | 641 | 4:16-cv-01154-JAR |
| 45. | MDAPM | D | 642 | 4:16-cv-01154-JAR |
| 46. | MEVDC | D | 643 | 4:16-cv-01154-JAR |
| 47. | MAMB | D | 646 | 4:16-cv-01154-JAR |
| 48. | NMVP | D | 647 | 4:16-cv-01154-JAR |
| 49. | SSJR | D | 648 | 4:16-cv-01154-JAR |
| 50. | EGCS | D | 649 | 4:16-cv-01154-JAR |
| 51. | ALBC | D | 650 | 4:16-cv-01154-JAR |
| 52. | CAOG | D | 651 | 4:16-cv-01154-JAR |
| 53. | LYAA | D | 653 | 4:16-cv-01154-JAR |
| 54. | GMQR | D | 657 | 4:16-cv-01154-JAR |
| 55. | SBCS | D | 662 | 4:16-cv-01154-JAR |
| 56. | PCEL | D | 667 | 4:16-cv-01154-JAR |
| 57. | APG | D | 668 | 4:16-cv-01154-JAR |
| 58. | EAFS | D | 670 | 4:16-cv-01154-JAR |
| 59. | PAFS | D | 673 | 4:16-cv-01154-JAR |
| 60. | NRJC | D | 674 | 4:16-cv-01154-JAR |
| 61. | NJMZ | D | 675 | 4:16-cv-01154-JAR |
| 62. | OJEI | D | 677 | 4:16-cv-01154-JAR |
| 63. | NAMZ | D | 680 | 4:16-cv-01154-JAR |
| 64. | JMHC | D | 685 | 4:16-cv-01154-JAR |
| 65. | BDRR | D | 689 | 4:16-cv-01154-JAR |
| 66. | DCBR | D | 697 | 4:16-cv-01643-AGF |
| 67. | SPBJ | D | 701 | 4:16-cv-01643-AGF |
| 68. | MLBV | D | 702 | 4:16-cv-01643-AGF |
| 69. | NCI | D | 703 | 4:16-cv-01643-AGF |
| 70. | ELCR | D | 708 | 4:16-cv-01643-AGF |

| | | | | |
|---|---|---|---|---|
| 71. | BACS | D | 716 | 4:16-cv-01643-AGF |
| 72. | BPCT | D | 717 | 4:16-cv-01643-AGF |
| 73. | PDES | D | 720 | 4:16-cv-01643-AGF |
| 74. | GSHV | D | 726 | 4:16-cv-01643-AGF |
| 75. | TKHE | D | 727 | 4:16-cv-01643-AGF |
| 76. | RJLR and RJFLR | D | 729 | 4:16-cv-01643-AGF |
| 77. | JJLS | D | 730 | 4:16-cv-01643-AGF |
| 78. | MBLS | D | 731 | 4:16-cv-01643-AGF |
| 79. | ADMC | D | 734 | 4:16-cv-01643-AGF |
| 80. | KMSC | D | 746 | 4:16-cv-01643-AGF |
| 81. | YYSP | D | 748 | 4:16-cv-01643-AGF |
| 82. | DRYC | D | 756 | 4:16-cv-01643-AGF |
| 83. | LFZE | D | 757 | 4:16-cv-01643-AGF |
| 84. | ELZC | D | 758 | 4:16-cv-01643-AGF |
| 85. | JPSV | D | 760 | 4:16-cv-01643-AGF |
| 86. | GACR | D | 762 | 4:16-cv-01678-JMB |
| 87. | DSBC | D | 766 | 4:16-cv-01678-JMB |
| 88. | DMMO | D | 773 | 4:16-cv-01678-JMB |
| 89. | NLTC | D | 774 | 4:16-cv-01678-JMB |
| 90. | MNRA | D | 775 | 4:16-cv-01678-JMB |
| 91. | LHAR | D | 776 | 4:16-cv-01678-JMB |
| 92. | MBRA | D | 778 | 4:16-cv-01678-JMB |
| 93. | JKBC | D | 779 | 4:16-cv-01678-JMB |
| 94. | MJVDLC | D | 785 | 4:16-cv-01678-JMB |
| 95. | CEVC | D | 786 | 4:16-cv-01678-JMB |
| 96. | AGVDLC | D | 787 | 4:16-cv-01678-JMB |
| 97. | JLAY | D | 788 | 4:16-cv-01678-JMB |
| 98. | GFTF | D | 790 | 4:16-cv-01678-JMB |
| 99. | JCIR | D | 792 | 4:16-cv-01678-JMB |
| 100. | XAAV | D | 796 | 4:16-cv-01678-JMB |
| 101. | SXAO | D | 800 | 4:16-cv-01678-JMB |
| 102. | NESV | D | 802 | 4:16-cv-01678-JMB |
| 103. | MMLR | D | 805 | 4:16-cv-01678-JMB |
| 104. | EARV | D | 807 | 4:16-cv-01678-JMB |
| 105. | KLA | D | 808 | 4:16-cv-01678-JMB |
| 106. | LWFS | D | 811 | 4:16-cv-01678-JMB |
| 107. | AKAMH | D | 815 | 4:16-cv-01678-JMB |
| 108. | JARI | D | 816 | 4:16-cv-01678-JMB |
| 109. | NHEV | D | 817 | 4:16-cv-01678-JMB |

| 110. | SXAM | D | 818 | 4:16-cv-01678-JMB |
|------|------|---|-----|-------------------|
| 111. | LSVDLC | D | 822 | 4:16-cv-01678-JMB |
| 112. | HNAP | E | 832 | 4:16-cv-01726-RLW |
| 114. | YMBH | E | 838 | 4:17-cv-01940-HEA |
| 115. | SDCM | E | 845 | 4:16-cv-01726-RLW |
| 116. | SAEC | E | 855 | 4:16-cv-01726-RLW |
| 117. | ARFR | E | 858 | 4:16-cv-01726-RLW |
| 118. | TCFR | E | 859 | 4:16-cv-01726-RLW |
| 119. | PJGA | E | 860 | 4:16-cv-01726-RLW |
| 120. | SAHZ | E | 861 | 4:16-cv-01726-RLW |
| 121. | XIHZ | E | 862 | 4:16-cv-01726-RLW |
| 122. | SAHL | E | 863 | 4:16-cv-01726-RLW |
| 123. | KMLC | E | 866 | 4:16-cv-01726-RLW |
| 124. | BIPG(?) | E | 874 | 4:16-cv-01726-RLW |
| 125. | OAQG | E | 877 | 4:16-cv-01726-RLW |
| 126. | RMQG | E | 878 | 4:16-cv-01726-RLW |
| 127. | CAVG | E | 884 | 4:16-cv-01726-RLW |
| 128. | SMBL | E | 913 | 4:16-cv-01751-RWS |
| 129. | WYAL | E | 918 | 4:17-cv-00787-HEA |
| 130. | ADAR | E | 927 | 4:17-cv-00787-HEA |
| 131. | DNAJ | E | 928 | 4:17-cv-00787-HEA |
| 132. | HJAT | E | 929 | 4:17-cv-00787-HEA |
| 133. | LRAT | E | 930 | 4:17-cv-00787-HEA |
| 134. | SNAC | E | 938 | 4:17-cv-00787-HEA |
| 135. | DAM | E | 942 | 4:17-cv-00787-HEA |
| 136. | REAM | E | 943 | 4:17-cv-00787-HEA |
| 137. | JGCB | E | 956 | 4:17-cv-00787-HEA |
| 138. | CECC | E | 961 | 4:17-cv-00787-HEA |
| 139. | SACC | E | 962 | 4:17-cv-00787-HEA |
| 140. | JFCT | E | 963 | 4:17-cv-00787-HEA |
| 141. | AECR | E | 968 | 4:17-cv-00787-HEA |
| 142. | ECD | E | 971 | 4:17-cv-00787-HEA |
| 143. | LNCD | E | 972 | 4:17-cv-00787-HEA |
| 144. | DLCV | E | 973 | 4:17-cv-00787-HEA |
| 145. | JJCDLP | E | 983 | 4:17-cv-00787-HEA |
| 146. | ACCD | E | 985 | 4:17-cv-00787-HEA |
| 147. | DRCD | E | 986 | 4:17-cv-00787-HEA |
| 148. | EHDC | F | 990 | 4:17-cv-00790-CAS |
| 149. | MGDC | F | 991 | 4:17-cv-00790-CAS |
| 150. | AFFJ | F | 997 | 4:17-cv-00790-CAS |

| 151. | KNFR | F | 999 | 4:17-cv-00790-CAS |
|------|------|---|-----|-------------------|
| 152. | ADGM | F | 1002 | 4:17-cv-00790-CAS |
| 153. | JNHC | F | 1005 | 4:17-cv-00790-CAS |
| 154. | JRHC | F | 1006 | 4:17-cv-00790-CAS |
| 155. | RJHC | F | 1007 | 4:17-cv-00790-CAS |
| 156. | YFHC | F | 1008 | 4:17-cv-00790-CAS |
| 157. | AJVHA | F | 1011 | 4:17-cv-00790-CAS |
| 158. | BEHH | F | 1012 | 4:17-cv-00790-CAS |
| 159. | JSHH | F | 1013 | 4:17-cv-00790-CAS |
| 160. | NSHH | F | 1014 | 4:17-cv-00790-CAS |
| 161. | JFJO | F | 1017 | 4:17-cv-00790-CAS |
| 162. | GLJN | F | 1022 | 4:17-cv-00790-CAS |
| 163. | AJJS | F | 1023 | 4:17-cv-00790-CAS |
| 164. | GALH | F | 1026 | 4:17-cv-00790-CAS |
| 165. | VNMB | F | 1031 | 4:17-cv-00790-CAS |
| 166. | LLMV | F | 1032 | 4:17-cv-00790-CAS |
| 167. | EIMP | F | 1037 | 4:17-cv-00790-CAS |
| 168. | JDMR | F | 1041 | 4:17-cv-00790-CAS |
| 169. | LAOA | F | 1050 | 4:17-cv-00790-CAS |
| 170. | BAOJ | F | 1053 | 4:17-cv-00790-CAS |
| 171. | YMOR | F | 1054 | 4:17-cv-00790-CAS |
| 172. | DDOG | F | 1056 | 4:17-cv-00790-CAS |
| 173. | ZOT | F | 1059 | 4:17-cv-00797-CDP |
| 174. | MAPM | F | 1062 | 4:17-cv-00797-CDP |
| 175. | AVPJ | F | 1063 | 4:17-cv-00797-CDP |
| 176. | NKPH | F | 1065 | 4:17-cv-00797-CDP |
| 177. | GAPE | F | 1067 | 4:17-cv-00797-CDP |
| 178. | ZCQO | F | 1075 | 4:17-cv-00797-CDP |
| 179. | GHQL | F | 1078 | 4:17-cv-00797-CDP |
| 180. | TAQL | F | 1079 | 4:17-cv-00797-CDP |
| 181. | KYRC | F | 1082 | 4:17-cv-00797-CDP |
| 182. | LARA | F | 1084 | 4:17-cv-00797-CDP |
| 183. | WSRA | F | 1085 | 4:17-cv-00797-CDP |
| 184. | FESV | F | 1095 | 4:17-cv-00797-CDP |
| 185. | JMSV | F | 1096 | 4:17-cv-00797-CDP |
| 186. | BESS | F | 1097 | 4:17-cv-00797-CDP |
| 187. | YGSS | F | 1103 | 4:17-cv-00797-CDP |
| 188. | YRSS | F | 1104 | 4:17-cv-00797-CDP |
| 189. | AYGTR | F | 1109 | 4:17-cv-00797-CDP |
| 190. | MGTR | F | 1110 | 4:17-cv-00797-CDP |

| 191. | KSVT | F | 1118 | 4:17-cv-00797-CDP |
|------|------|---|------|-------------------|
| 192. | APVR | F | 1119 | 4:17-cv-00797-CDP |
| 193. | DRVR | F | 1120 | 4:17-cv-00797-CDP |
| 194. | JJVC | F | 1121 | 4:17-cv-00797-CDP |
| 195. | WFVC | F | 1122 | 4:17-cv-00797-CDP |
| 196. | YPVR | F | 1123 | 4:17-cv-00797-CDP |
| 197. | GLYL | F | 1124 | 4:17-cv-00797-CDP |
| 198. | SMZG | F | 1125 | 4:17-cv-00797-CDP |
| 199. | KFBE | F | 1130 | 4:17-cv-01225-SPM |
| 200. | EGMV | F | 1131 | 4:17-cv-01225-SPM |
| 201. | ERFC | F | 1139 | 4:17-cv-01225-SPM |
| 202. | CILP | F | 1142 | 4:17-cv-01225-SPM |
| 203. | LDRT | H | 1146 | 4:17-cv-01934-RLW |
| 204. | LDAS | G | 1149 | 4:17-cv-01924-HEA |
| 205. | JAAO | G | 1151 | 4:17-cv-01924-HEA |
| 206. | YAAA | G | 1152 | 4:17-cv-01924-HEA |
| 207. | HGAC | G | 1155 | 4:17-cv-01924-HEA |
| 208. | JFAM | G | 1157 | 4:17-cv-01924-HEA |
| 209. | RKAA | G | 1159 | 4:17-cv-01924-HEA |
| 210. | JEAE | G | 1162 | 4:17-cv-01924-HEA |
| 211. | IFBM | G | 1165 | 4:17-cv-01924-HEA |
| 212. | MJBC | G | 1167 | 4:17-cv-01924-HEA |
| 213. | AYBG | G | 1169 | 4:17-cv-01924-HEA |
| 214. | JMBG | G | 1170 | 4:17-cv-01924-HEA |
| 215. | BLCC | G | 1172 | 4:17-cv-01924-HEA |
| 216. | EZCE | G | 1175 | 4:17-cv-01924-HEA |
| 217. | ANCR | G | 1176 | 4:17-cv-01924-HEA |
| 218. | WHCS | G | 1177 | 4:17-cv-01924-HEA |
| 219. | BRCC | G | 1180 | 4:17-cv-01924-HEA |
| 220. | VMCC | G | 1181 | 4:17-cv-01924-HEA |
| 221. | LYCC | G | 1182 | 4:17-cv-01924-HEA |
| 222. | ESCB | G | 1186 | 4:17-cv-01924-HEA |
| 223. | LYCZ | G | 1189 | 4:17-cv-01924-HEA |
| 224. | RJET | G | 1192 | 4:17-cv-01924-HEA |
| 225. | MAEP | G | 1193 | 4:17-cv-01924-HEA |
| 226. | DJEI | G | 1194 | 4:17-cv-01924-HEA |
| 227. | SFEP | G | 1196 | 4:17-cv-01924-HEA |
| 228. | KEGR | G | 1198 | 4:17-cv-01924-HEA |
| 229. | IGHM | G | 1202 | 4:17-cv-01924-HEA |
| 230. | DJJR | G | 1204 | 4:17-cv-01924-HEA |

| 231. | DJTA | G | 1214 | 4:17-cv-01924-HEA |
|------|------|---|------|-------------------|
| 232. | MLVQ | G | 1215 | 4:17-cv-01924-HEA |
| 233. | LEAT | G | 1220 | 4:17-cv-01927-RWS |
| 234. | GJAS | G | 1221 | 4:17-cv-01927-RWS |
| 235. | SMAQ | G | 1226 | 4:17-cv-01927-RWS |
| 236. | KAFAA | G | 1227 | 4:17-cv-01927-RWS |
| 237. | MJAA | G | 1228 | 4:17-cv-01927-RWS |
| 238. | LYCC | G | 1234 | 4:17-cv-01927-RWS |
| 239. | HCCM | G | 1235 | 4:17-cv-01927-RWS |
| 240. | NLCZ | G | 1237 | 4:17-cv-01927-RWS |
| 241. | AGFM | G | 1239 | 4:17-cv-01927-RWS |
| 242. | KAGM | G | 1241 | 4:17-cv-01927-RWS |
| 243. | GXGT | G | 1242 | 4:17-cv-01927-RWS |
| 244. | MYGS | G | 1243 | 4:17-cv-01927-RWS |
| 245. | MNHQ | G | 1247 | 4:17-cv-01927-RWS |
| 246. | JLIC | G | 1253 | 4:17-cv-01927-RWS |
| 247. | JCLL | G | 1256 | 4:17-cv-01927-RWS |
| 248. | AAMA | G | 1261 | 4:17-cv-01927-RWS |
| 249. | GANF | G | 1266 | 4:17-cv-01927-RWS |
| 250. | SSNF | G | 1267 | 4:17-cv-01927-RWS |
| 251. | GARO | G | 1273 | 4:17-cv-01927-RWS |
| 252. | ERTA | G | 1276 | 4:17-cv-01927-RWS |
| 253. | TAVA | G | 1279 | 4:17-cv-01927-RWS |
| 254. | YCVA | G | 1280 | 4:17-cv-01927-RWS |
| 255. | MSVB | G | 1284 | 4:17-cv-01927-RWS |
| 256. | IVH | G | 1286 | 4:17-cv-01927-RWS |
| 257. | RCZC | G | 1288 | 4:17-cv-01927-RWS |
| 258. | RANO | G | 1290 | 4:17-cv-01924-HEA |
| 259. | AZEP | G | 1292 | 4:17-cv-01927-RWS |
| 260. | SCBV | I | 1296 | 4:17-cv-01948-SNLJ |
| 261. | YMBV | I | 1297 | 4:17-cv-01948-SNLJ |
| 262. | LWCE | I | 1298 | 4:17-cv-01948-SNLJ |
| 263. | GOCM | I | 1300 | 4:17-cv-01948-SNLJ |
| 264. | CJEH | I | 1315 | 4:17-cv-01948-SNLJ |
| 265. | FJHM | I | 1318 | 4:17-cv-01948-SNLJ |
| 266. | YRMP | I | 1322 | 4:17-cv-01948-SNLJ |
| 267. | ELMMT | I | 1326 | 4:17-cv-01948-SNLJ |
| 268. | NAPC | I | 1328 | 4:17-cv-01948-SNLJ |
| 269. | NLPR | I | 1332 | 4:17-cv-01948-SNLJ |
| 270. | JQQT | I | 1334 | 4:17-cv-01948-SNLJ |

| 271. | PARH | I | 1335 | 4:17-cv-01948-SNLJ |
| 272. | JCSR | I | 1341 | 4:17-cv-01948-SNLJ |
| 273. | MASR | I | 1342 | 4:17-cv-01948-SNLJ |
| 274. | ESS | I | 1349 | 4:17-cv-01948-SNLJ |
| 275. | FSS | I | 1350 | 4:17-cv-01948-SNLJ |
| 276. | YBSS | I | 1351 | 4:17-cv-01948-SNLJ |
| 277. | ATSS | I | 1352 | 4:17-cv-01948-SNLJ |
| 278. | AGTS | I | 1353 | 4:17-cv-01948-SNLJ |
| 279. | JOVS | I | 1356 | 4:17-cv-01948-SNLJ |
| 280. | KAVS | I | 1357 | 4:17-cv-01948-SNLJ |
| 281. | ZKVM | I | 1358 | 4:17-cv-01948-SNLJ |
| 282. | AVAS | I | 1362 | 4:17-cv-01957-RWS |
| 283. | KCKA | I | 1363 | 4:17-cv-01957-RWS |
| 284. | YAAA | I | 1364 | 4:17-cv-01957-RWS |
| 285. | ALAP | I | 1365 | 4:17-cv-01957-RWS |
| 286. | BSAP | I | 1366 | 4:17-cv-01957-RWS |
| 287. | ZLAC | I | 1368 | 4:17-cv-01957-RWS |
| 288. | AMAP | I | 1380 | 4:17-cv-01957-RWS |
| 289. | NNBG | I | 1390 | 4:17-cv-01957-RWS |
| 290. | ASCP | I | 1395 | 4:17-cv-01957-RWS |
| 291. | FFCP | I | 1396 | 4:17-cv-01957-RWS |
| 292. | LAFR | I | 1402 | 4:17-cv-01957-RWS |
| 293. | SMGE | I | 1404 | 4:17-cv-01957-RWS |
| 294. | GMHA | I | 1405 | 4:17-cv-01957-RWS |
| 295. | EJLDLC | I | 1411 | 4:17-cv-01957-RWS |
| 296. | VALDLC | I | 1412 | 4:17-cv-01957-RWS |
| 297. | JERB | I | 1422 | 4:17-cv-01957-RWS |
| 298. | JGSS | I | 1428 | 4:17-cv-01957-RWS |
| 299. | GAAV | G | 1435 | 4:17-cv-01933-HEA |
| 300. | PBJAC | G | 1438 | 4:17-cv-01933-HEA |
| 301. | JAB | G | 1442 | 4:17-cv-01933-HEA |
| 302. | KJPBC | G | 1444 | 4:17-cv-01933-HEA |
| 303. | MYBP | G | 1445 | 4:17-cv-01933-HEA |
| 304. | KSCR | G | 1446 | 4:17-cv-01933-HEA |
| 305. | LMECR | G | 1447 | 4:17-cv-01933-HEA |
| 306. | MNCC | G | 1448 | 4:17-cv-01933-HEA |
| 307. | JCP | G | 1450 | 4:17-cv-01933-HEA |
| 308. | AVCR | G | 1451 | 4:17-cv-01933-HEA |
| 309. | JJCR | G | 1452 | 4:17-cv-01933-HEA |
| 310. | ANCC | G | 1453 | 4:17-cv-01933-HEA |

| 311. | ASCT | G | 1456 | 4:17-cv-01933-HEA |
|------|------|---|------|-------------------|
| 312. | ZBFS | G | 1461 | 4:17-cv-01933-HEA |
| 313. | EAHL | G | 1462 | 4:17-cv-01933-HEA |
| 314. | YNMC | G | 1466 | 4:17-cv-01933-HEA |
| 315. | DFMV | G | 1469 | 4:17-cv-01933-HEA |
| 316. | ALMC | G | 1470 | 4:17-cv-01933-HEA |
| 317. | SJPM | G | 1472 | 4:17-cv-01933-HEA |
| 318. | ASPC | G | 1473 | 4:17-cv-01933-HEA |
| 319. | JDQC | G | 1474 | 4:17-cv-01933-HEA |
| 320. | SXQM | G | 1479 | 4:17-cv-01933-HEA |
| 321. | LNQR | G | 1480 | 4:17-cv-01933-HEA |
| 322. | LCRH | G | 1485 | 4:17-cv-01933-HEA |
| 323. | BATE | G | 1487 | 4:17-cv-01933-HEA |
| 324. | ITE | G | 1488 | 4:17-cv-01933-HEA |
| 325. | RYTE | G | 1489 | 4:17-cv-01933-HEA |
| 326. | JJRG | G | 1495 | 4:17-cv-01933-HEA |
| 327. | EPRG | G | 1496 | 4:17-cv-01933-HEA |
| 328. | TJVM | G | 1503 | 4:17-cv-01933-HEA |
| 329. | SFRC | G | 1506 | 4:17-cv-01933-HEA |
| 330. | ZMZS | G | 1507 | 4:17-cv-01933-HEA |
| 331. | JCGA | G | 1517 | 4:17-cv-01933-HEA |
| 332. | RFA | H | 1518 | 4:17-cv-01934-RLW |
| 333. | ABAM | H | 1519 | 4:17-cv-01934-RLW |
| 334. | KJBG | H | 1521 | 4:17-cv-01934-RLW |
| 335. | ALCZ | H | 1523 | 4:17-cv-01934-RLW |
| 336. | AEHL | H | 1525 | 4:17-cv-01934-RLW |
| 337. | KSLN | H | 1529 | 4:17-cv-01934-RLW |
| 338. | JBMS | H | 1531 | 4:17-cv-01934-RLW |
| 339. | BSRH | H | 1534 | 4:17-cv-01934-RLW |
| 340. | AFRM | H | 1537 | 4:17-cv-01934-RLW |
| 341. | CIVDLC | H | 1542 | 4:17-cv-01934-RLW |
| 342. | JMVQ | H | 1550 | 4:17-cv-01934-RLW |
| 343. | RVB | H | 1552 | 4:17-cv-01934-RLW |
| 344. | LGYL | H | 1553 | 4:17-cv-01934-RLW |
| 345. | JFYG | H | 1557 | 4:17-cv-01934-RLW |
| 346. | SYZP | H | 1559 | 4:17-cv-01934-RLW |
| 347. | XDZC | H | 1563 | 4:17-cv-01934-RLW |
| 348. | AIZR | H | 1565 | 4:17-cv-01934-RLW |
| 349. | BCHE | H | 1567 | 4:17-cv-01935-RWS |
| 350. | BDMS | H | 1573 | 4:17-cv-01935-RWS |

| 351. | TSMP | H | 1575 | 4:17-cv-01935-RWS |
| 352. | ABME | H | 1576 | 4:17-cv-01935-RWS |
| 353. | BJMC | H | 1577 | 4:17-cv-01935-RWS |
| 354. | BAMC | H | 1582 | 4:17-cv-01935-RWS |
| 355. | LMMG | H | 1590 | 4:17-cv-01935-RWS |
| 356. | PCMG | H | 1591 | 4:17-cv-01935-RWS |
| 357. | NCMC | H | 1592 | 4:17-cv-01935-RWS |
| 358. | GJML | H | 1593 | 4:17-cv-01935-RWS |
| 359. | MNML | H | 1594 | 4:17-cv-01935-RWS |
| 360. | AVNC | H | 1596 | 4:17-cv-01935-RWS |
| 361. | JSOT | H | 1599 | 4:17-cv-01935-RWS |
| 362. | JAOR | H | 1603 | 4:17-cv-01935-RWS |
| 363. | MAOR | H | 1604 | 4:17-cv-01935-RWS |
| 364. | SYOL | H | 1605 | 4:17-cv-01935-RWS |
| 365. | SPPM | H | 1606 | 4:17-cv-01935-RWS |
| 366. | XYPM | H | 1607 | 4:17-cv-01935-RWS |
| 367. | IHPDLC | H | 1608 | 4:17-cv-01935-RWS |
| 368. | JAPB | H | 1609 | 4:17-cv-01935-RWS |
| 369. | MJPB | H | 1610 | 4:17-cv-01935-RWS |
| 370. | SJPH | H | 1611 | 4:17-cv-01935-RWS |
| 371. | FMPB | H | 1621 | 4:17-cv-01935-RWS |
| 372. | LJPB | H | 1622 | 4:17-cv-01935-RWS |
| 373. | LAPO | H | 1624 | 4:17-cv-01935-RWS |
| 374. | LMQA | H | 1630 | 4:17-cv-01935-RWS |
| 375. | NMQA | H | 1631 | 4:17-cv-01935-RWS |
| 376. | JCQC | H | 1632 | 4:17-cv-01935-RWS |
| 377. | PAQL | H | 1635 | 4:17-cv-01935-RWS |
| 378. | LCAB | I | 1636 | 4:17-cv-01940-HEA |
| 379. | YVEP | I | 1637 | 4:17-cv-01940-HEA |
| 380. | GVGE | I | 1645 | 4:17-cv-01940-HEA |
| 381. | JCHB | I | 1652 | 4:17-cv-01940-HEA |
| 382. | FLHZ | I | 1655 | 4:17-cv-01940-HEA |
| 383. | MAHZ | I | 1656 | 4:17-cv-01940-HEA |
| 384. | MMHF | I | 1663 | 4:17-cv-01940-HEA |
| 385. | YVJQ | I | 1670 | 4:17-cv-01940-HEA |
| 386. | AJJH | I | 1671 | 4:17-cv-01940-HEA |
| 387. | MJLC | I | 1674 | 4:17-cv-01940-HEA |
| 388. | SNLC | I | 1675 | 4:17-cv-01940-HEA |
| 389. | CRLB | I | 1677 | 4:17-cv-01940-HEA |
| 390. | RRLB | I | 1678 | 4:17-cv-01940-HEA |

| 391. | AOLC | I | | 1681 | 4:17-cv-01940-HEA |
|------|------|---|---|------|-------------------|
| 392. | YXLC | I | | 1682 | 4:17-cv-01940-HEA |
| 393. | MKLF | I | | 1683 | 4:17-cv-01940-HEA |
| 394. | YMLP | I | | 1685 | 4:17-cv-01940-HEA |
| 395. | CJLB | I | | 1687 | 4:17-cv-01940-HEA |
| 396. | ZMLS | I | | 1688 | 4:17-cv-01940-HEA |
| 397. | ISLE | I | | 1689 | 4:17-cv-01940-HEA |
| 398. | MSLL | I | | 1690 | 4:17-cv-01940-HEA |
| 399. | JLMH | I | | 1692 | 4:17-cv-01940-HEA |
| 400. | AAMH | | I | 1693 | 4:17-cv-01940-HEA |
| 401. | IISC | | I | 1698 | 4:17-cv-01940-HEA |
| 402. | NBCL | | J | 1705 | 4:17-cv-01963-JAR |
| 403. | CTCP | | J | 1706 | 4:17-cv-01963-JAR |
| 404. | JRCA | | J | 1709 | 4:17-cv-01963-JAR |
| 405. | CECV | | J | 1711 | 4:17-cv-01963-JAR |
| 406. | DRCV | | J | 1713 | 4:17-cv-01963-JAR |
| 407. | JJCV | | J | 1714 | 4:17-cv-01963-JAR |
| 408. | AECC | | J | 1717 | 4:17-cv-01963-JAR |
| 409. | SYCC | | J | 1718 | 4:17-cv-01963-JAR |
| 410. | KACC | | J | 1721 | 4:17-cv-01963-JAR |
| 411. | SRCT | | J | 1725 | 4:17-cv-01963-JAR |
| 412. | YMCT | | J | 1726 | 4:17-cv-01963-JAR |
| 413. | BDCB | | J | 1729 | 4:17-cv-01963-JAR |
| 414. | LSCC | | J | 1730 | 4:17-cv-01963-JAR |
| 415. | AJCZ | | J | 1735 | 4:17-cv-01963-JAR |
| 416. | JJDR | | J | 1737 | 4:17-cv-01963-JAR |
| 417. | JYDLOQ | | J | 1742 | 4:17-cv-01963-JAR |
| 418. | NADLOQ | | J | 1743 | 4:17-cv-01963-JAR |
| 419. | NADSV | | J | 1744 | 4:17-cv-01963-JAR |
| 420. | MSER | | J | 1746 | 4:17-cv-01963-JAR |
| 421. | DNEA | | J | 1749 | 4:17-cv-01963-JAR |
| 422. | BJEC | | J | 1750 | 4:17-cv-01963-JAR |
| 423. | JJEY | | J | 1751 | 4:17-cv-01963-JAR |
| 424. | JYEM | | J | 1752 | 4:17-cv-01963-JAR |
| 425. | YNEM | | J | 1753 | 4:17-cv-01963-JAR |
| 426. | NBEP | | J | 1754 | 4:17-cv-01963-JAR |
| 427. | JAER | | J | 1756 | 4:17-cv-01963-JAR |
| 428. | GYGZ | | J | 1761 | 4:17-cv-01963-JAR |
| 429. | JKHC | | J | 1762 | 4:17-cv-01963-JAR |
| 430. | JEHC | | J | 1763 | 4:17-cv-01963-JAR |

| 431. | JJHC | J | 1764 | 4:17-cv-01963-JAR |
|------|------|---|------|-------------------|
| 432. | KEHC | J | 1765 | 4:17-cv-01963-JAR |
| 433. | LEHC | J | 1766 | 4:17-cv-01963-JAR |
| 434. | ALAC | J | 1772 | 4:17-cv-01959-JAR |
| 435. | FWAA | J | 1773 | 4:17-cv-01959-JAR |
| 436. | SBAE | J | 1779 | 4:17-cv-01959-JAR |
| 437. | JHBA | J | 1787 | 4:17-cv-01959-JAR |
| 438. | SABM | J | 1790 | 4:17-cv-01959-JAR |
| 439. | XABM | J | 1792 | 4:17-cv-01959-JAR |
| 440. | NRBH | J | 1793 | 4:17-cv-01959-JAR |
| 441. | ALBZ | J | 1796 | 4:17-cv-01959-JAR |
| 442. | PJBZ | J | 1797 | 4:17-cv-01959-JAR |
| 443. | KWCA | J | 1803 | 4:17-cv-01959-JAR |
| 444. | BKCC | J | 1804 | 4:17-cv-01959-JAR |
| 445. | PJCC | J | 1805 | 4:17-cv-01959-JAR |
| 446. | SSCC | J | 1806 | 4:17-cv-01959-JAR |
| 447. | EJCA | J | 1807 | 4:17-cv-01959-JAR |
| 448. | YBCA | J | 1808 | 4:17-cv-01959-JAR |
| 449. | YNCM | J | 1818 | 4:17-cv-01959-JAR |
| 450. | ZNCM | J | 1819 | 4:17-cv-01959-JAR |
| 451. | JRCP | J | 1824 | 4:17-cv-01959-JAR |
| 452. | LRCP | J | 1825 | 4:17-cv-01959-JAR |
| 453. | ARGB | J | 1830 | 4:17-cv-01959-JAR |
| 454. | EBMS | J | 1832 | 4:17-cv-01959-JAR |
| 455. | MBHA | H | 1843 | 4:17-cv-01936-AGF |
| 456. | ESRA | H | 1848 | 4:17-cv-01936-AGF |
| 457. | LERQ | H | 1855 | 4:17-cv-01936-AGF |
| 458. | AERG | H | 1856 | 4:17-cv-01936-AGF |
| 459. | ESRG | H | 1857 | 4:17-cv-01936-AGF |
| 460. | JJRJ | H | 1859 | 4:17-cv-01936-AGF |
| 461. | ASRP | H | 1864 | 4:17-cv-01936-AGF |
| 462. | ESRP | H | 1865 | 4:17-cv-01936-AGF |
| 463. | MJRP | H | 1866 | 4:17-cv-01936-AGF |
| 464. | RRRP | H | 1867 | 4:17-cv-01936-AGF |
| 465. | FBRZ | H | 1868 | 4:17-cv-01936-AGF |
| 466. | SSRZ | H | 1869 | 4:17-cv-01936-AGF |
| 467. | JLRH | H | 1872 | 4:17-cv-01936-AGF |
| 468. | YRA | H | 1879 | 4:17-cv-01936-AGF |
| 469. | FJRE | H | 1881 | 4:17-cv-01936-AGF |
| 470. | HBRE | H | 1882 | 4:17-cv-01936-AGF |

| 471. | MIRL | H | 1883 | 4:17-cv-01936-AGF |
|------|------|---|------|-------------------|
| 472. | YCRL | H | 1884 | 4:17-cv-01936-AGF |
| 473. | AJSP | H | 1895 | 4:17-cv-01936-AGF |
| 474. | IASP | H | 1896 | 4:17-cv-01936-AGF |
| 475. | ASSB | H | 1897 | 4:17-cv-01936-AGF |
| 476. | DASB | H | 1898 | 4:17-cv-01936-AGF |
| 477. | INSB | H | 1899 | 4:17-cv-01936-AGF |
| 478. | DRTM | H | 1905 | 4:17-cv-01936-AGF |
| 479. | VUC | H | 1908 | 4:17-cv-01936-AGF |
| 480. | KAVC | H | 1910 | 4:17-cv-01936-AGF |
| 481. | DJAR | J | 1913 | 4:17-cv-02001-HEA |
| 482. | MEAR | J | 1914 | 4:17-cv-02001-HEA |
| 483. | GDAB | J | 1915 | 4:17-cv-02001-HEA |
| 484. | NACP | J | 1922 | 4:17-cv-02001-HEA |
| 485. | TACC | J | 1925 | 4:17-cv-02001-HEA |
| 486. | BCN | J | 1926 | 4:17-cv-02001-HEA |
| 487. | APDO | J | 1927 | 4:17-cv-02001-HEA |
| 488. | EAFP | J | 1928 | 4:17-cv-02001-HEA |
| 489. | JAGY | J | 1930 | 4:17-cv-02001-HEA |
| 490. | JLIB | J | 1932 | 4:17-cv-02001-HEA |
| 491. | EJPU | J | 1939 | 4:17-cv-02001-HEA |
| 492. | JGQM | J | 1942 | 4:17-cv-02001-HEA |
| 493. | JRRP | J | 1948 | 4:17-cv-02001-HEA |
| 494. | YPSP | J | 1949 | 4:17-cv-02001-HEA |
| 495. | ACSM | J | 1950 | 4:17-cv-02001-HEA |
| 496. | NASO | J | 1951 | 4:17-cv-02001-HEA |
| 497. | AFSZ | J | 1952 | 4:17-cv-02001-HEA |
| 498. | DKTM | J | 1954 | 4:17-cv-02001-HEA |
| 499. | YYTM | J | 1955 | 4:17-cv-02001-HEA |
| 500. | DPUI | J | 1956 | 4:17-cv-02001-HEA |
| 501. | EWVB | J | 1957 | 4:17-cv-02001-HEA |
| 502. | ZRVB | J | 1958 | 4:17-cv-02001-HEA |
| 503. | LDZC | J | 1962 | 4:17-cv-02001-HEA |
| 504. | JTZM | J | 1964 | 4:17-cv-02001-HEA |
| 505. | SRSC | K | 1971 | 4:17-cv-02858 |
| 506. | MRMD | K | 1974 | 4:18-cv-00560-CDP |
| 507. | CLAC | K | 1981 | 4:18-cv-00638-RWS |
| 508. | JIAC | K | 1982 | 4:18-cv-00638-RWS |
| 509. | SYAC | K | 1983 | 4:18-cv-00638-RWS |
| 510. | VMAD | K | 1984 | 4:18-cv-00638-RWS |

| 511. | ZBBA | K | 1987 | 4:18-cv-00638-RWS |
|------|------|---|------|-------------------|
| 512. | ANCC | K | 1989 | 4:18-cv-00638-RWS |
| 513. | DSCR | K | 1994 | 4:18-cv-00638-RWS |
| 514. | AMDLSC | K | 1996 | 4:18-cv-00638-RWS |
| 515. | ACGS | K | 1999 | 4:18-cv-00638-RWS |
| 516. | LSHA | K | 2000 | 4:18-cv-00638-RWS |
| 517. | AYMR | K | 2007 | 4:18-cv-00638-RWS |
| 518. | LMM | K | 2010 | 4:18-cv-00638-RWS |
| 519. | MSNF | K | 2012 | 4:18-cv-00638-RWS |
| 520. | IPPM | K | 2014 | 4:18-cv-00638-RWS |
| 521. | NAQD | K | 2024 | 4:18-cv-00638-RWS |
| 522. | RLRSC | K | 2029 | 4:18-cv-00638-RWS |
| 523. | AMRC | K | 2030 | 4:18-cv-00638-RWS |
| 524. | NARC | K | 2031 | 4:18-cv-00638-RWS |
| 525. | RSRS | K | 2032 | 4:18-cv-00638-RWS |
| 526. | JBRP | K | 2033 | 4:18-cv-00638-RWS |
| 527. | DTSR | K | 2036 | 4:18-cv-00638-RWS |
| 528. | SNSA | K | 2037 | 4:18-cv-00638-RWS |
| 529. | JASU | K | 2038 | 4:18-cv-00638-RWS |
| 530. | JJTM | K | 2042 | 4:18-cv-00638-RWS |
| 531. | ERTF | K | 2043 | 4:18-cv-00638-RWS |
| 532. | TSZR | K | 2048 | 4:18-cv-00638-RWS |

Defendants report that an additional 15 plaintiffs produced their notarized profile sheets on November 11, 2022, eleven days after the October 31, 2022 deadline and request the dismissal of the following cases for untimely production:

## List D

| No. | Initials | Trial Group | Plaintiff ID No. | Federal Case No. |
|-----|----------|-------------|------------------|------------------|
| 1. | AAAH | E | 919 | 4:17-cv-00787-HEA |
| 2. | MNAT | E | 937 | 4:17-cv-00787-HEA |
| 3. | CJLB | G | 1225 | 4:17-cv-01927-RWS |
| 4. | LCJA | G | 1465 | 4:17-cv-01933-HEA |
| 5. | DRRC | G | 1505 | 4:17-cv-01933-HEA |
| 6. | ABLB | H | 1528 | 4:17-cv-01934-RLW |

| 7.  | PIOB | H | 1601 | 4:17-cv-01935-RWS |
| 8.  | DMRB | H | 1880 | 4:17-cv-01936-AGF |
| 9.  | NEAM | K | 1967 | 4:17-cv-02207-HEA |
| 10. | ACSM | K | 1978 | 4:18-cv-00638-RWS |
| 11. | ACJR | K | 1979 | 4:18-cv-00638-RWS |
| 12. | ACCJ | K | 1980 | 4:18-cv-00638-RWS |
| 13. | RRAC | K | 1985 | 4:18-cv-00638-RWS |
| 14. | YJAC | K | 1986 | 4:18-cv-00638-RWS |
| 15. | ACGS | K | 1999 | 4:18-cv-00638-RWS |

I note that only plaintiff ACGS (# 1999) appears on the list of 532 plaintiff above.  I will allow these 15 plaintiffs to cases to remain active, despite their production being 11 days late.

I have given Plaintiffs multiple extensions of time to produce plaintiff profile sheets.  The vast majority of cases Defendants seek to dismiss were filed before 2018 with a few filed in 2018.  Plaintiffs have had multiple years to obtain signed and notarized profile sheets.  Despite the barriers Plaintiffs faced in obtaining notarizations in 2016 through 2020, it is undisputed that a notary was once again available in La Oroya in 2021.  Plaintiffs failed to get the plaintiffs' profile sheets at issue notarized despite having all of 2021 through July of 2022 to do so.  I find that the plaintiffs identified supra who failed to produce a completed profile sheet by the required deadlines (except as otherwise noted) have violated my discovery orders without cause.  As a result, I will dismiss these plaintiffs' cases with prejudice for failing to prosecute their cases and for failing to comply

with the deadlines I set in discovery production orders.   See Fed. R. Civ. P. 41(b);

see also Arnold v. ADT Sec. Servs., Inc., 627 F.3d 716, 722 (8th Cir. 2010)

("dismissal with prejudice is an extreme sanction that should be used only in cases

of willful disobedience of a court order or where a litigant exhibits a pattern of

intentional delay.")  I find that Plaintiffs have intentionally not completed this

production when they had ample opportunity to do so before the onset of the

COVID pandemic and from January 2021 through July 2022.  Despite Plaintiffs'

assertions that they were concentrating their efforts on the the production of

documents in the Initial Trial Pool cases, the issue of producing completed profile

sheets was constantly addressed for the past several years of this litigation.

 At the July 19, 2022 status conference, Plaintiffs opposed the dismissal with

prejudice of cases missing notarizations.  Plaintiffs proposed a lesser "sanction" of

a rolling production that would not be completed for a year.  That is not a sanction.

Nor would the lesser sanction of dismissal without prejudice be appropriate.  That

too would not be a sanction, it would simply be yet another extension of time to

allow these plaintiffs to comply with my multiple orders and expired production

deadlines.  Defendants are entitled to finality with these plaintiffs' failure to

prosecute their cases and comply with Court orders.

 Accordingly,

**IT IS HEREBY ORDERED that** the Initial Trial Pool cases of plaintiffs EACGP (# 976) and ARLC (# 865) from List A are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED that** the cases of the 16 plaintiffs from List B who failed to produce signed profile sheets are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED that** the cases of 531 of the 532 plaintiffs from List C who failed produce notarized profile sheets by November 11, 2022 are **DISMISSED WITH PREJUDICE**.  The case plaintiff ACGS (# 1999) on List C is not dismissed and remains open.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of January, 2023.